| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>ALSOP, DONALD D | 2. Court or Organization<br>U.S. DISTRICT COURT, MINN. | 3. Date of Report<br>04/29/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>316 NORTH ROBERT St., Room 754<br><br>ST. PAUL, MN 55101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY -7 A 11: 04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ALSOP, DONALD D | 04/29/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ALSOP, DONALD D | 04/29/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | MINNEAPOLIS CLUB OF MINNEAPOLI | HONORARY MEMBERSHIP | $4,080 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 04/29/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BELL SOUTH-COM ST | B | Dividend | K | T | | | | | |
| 2. Qwest - COM ST | | None | J | T | | | | | |
| 3. Verizon - COM ST | B | Dividend | K | T | | | | | |
| 4. SBC - COM ST | C | Dividend | L | T | | | | | |
| 5. AMERICAN TEL&TEL-COM ST | A | Dividend | J | T | | | | | |
| 6. DREYFUS FUND-MUT FUND | A | Div | K | T | | | | | |
| 7. CITIZENS BANK CORP-COMST | C | Dividend | M | W | | | | | |
| 8. DREYFUS PREMIER NEW LEADERS FUND Class A | A | Dividend | J | T | Name Change | | | | |
| 9. NEW ULM TELECOM-COM ST | A | Div | J | W | | | | | |
| 10. SELIGMAN GROWTH-MUT FUND | | None | K | T | | | | | |
| 11. Invesco Dynamics - Mut Fund | | None | J | T | | | | | |
| 12. COTTONWOOD LAND-COM ST | | None | J | W | | | | | |
| 13. NORTH OAKS GOLF CLUB-ST | | None | J | W | | | | | |
| 14. USE FED CRED UNION-SHARE | A | Dividend | K | T | | | | | |
| 15. Federated Growth Strategies Fund - Class A - Mut Fund | | None | J | T | | | | | |
| 16. DAIN [BOSWORTH] RAUSER -MONEY MKT | C | Interest | K | T | | | | | |
| 17. GS CAPITAL GROWTH - Mut Fund | | None | K | T | | | | | |
| 18. NUVEEN INV QUALITY MN - Mut Fund | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 04/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Xcel Energy - COM ST | A | Dividend | J | T | | | | | |
| 20. FIRST TRUST - MINN. SERIES | A | Interest | | | Sold | 12/31 | J | A | |
| 21. Vodafone Airtouch - COM ST | A | Dividend | J | T | | | | | |
| 22. Westbrook Village Golf Club | | None | J | W | | | | | |
| 23. Dreyfus Balanced Fund - MUT FUND | A | Dividend | J | T | | | | | |
| 24. First Trust Target Five | A | Dividend | | | Sold | 03/05 | J | A | |
| 25. Lucent Technologies - COM ST | | None | J | T | | | | | |
| 26. Target Corp. - COM ST | A | Dividend | K | T | | | | | |
| 27. Nuveen Large Cap Value-Stock A | A | Dividend | J | T | | | | | |
| 28. Nuveen Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 29. ADC Telecommunications - COM ST | | None | J | T | | | | | |
| 30. Kopp Emerging Growth | | None | J | T | | | | | |
| 31. Putnam FD, Growth & Income - MUT FUND | A | Dividend | J | T | | | | | |
| 32. TCF Financial - COM ST | | None | J | T | | | | | |
| 33. Minnesota State GO | A | Interest | J | T | | | | | |
| 34. Guidant Corp. Common Stock | A | Dividend | J | T | | | | | |
| 35. St. Paul, MN ISD #625 | A | Interest | J | T | | | | | |
| 36. AVAYA, INC. - COM ST | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 04/29/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  AT&T Wireless | | None | J | T | | | | | |
| 38.  Agere Systems | | None | J | T | | | | | |
| 39.  Comcast | | None | J | T | | | | | |
| 40.  Connecticut Mutual Insurance - Whole Life Policy | C | Dividend | M | T | | | | | |
| 41.  National Service Life - Permanent Life Ins. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ALSOP, DONALD D | 04/29/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_

Date_April 29 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544